**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**WALTER PHILLIP JONES
ADC # 610198**                                                                                          **PLAINTIFF**

**V.**                         **CASE NO. 5:11CV00211 SWW/BD**

**VERNON R. ROBERTSON,** *et al.*                                                       **DEFENDANTS**

## ORDER

The Court has received the Partial Recommended Disposition from Magistrate Judge Beth Deere. After careful review of the recommendation, the timely objections received, as well as a *de novo* review of the record, the Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted in all respects.

Mr. Jones's claim regarding his disciplinary conviction and the failure to follow ADC policy are DISMISSED with prejudice. His claim that Defendant Courington violated his fifth amendment right against self-incrimination is DISMISSED without prejudice.

IT IS SO ORDERED, this 13th day of October, 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE