**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**WALTER PHILLIP JONES**
**ADC # 610198**                                                                              **PLAINTIFF**

**V.**                     **CASE NO. 5:11CV00211 SWW/BD**

**VERNON R. ROBERTSON,** *et al.*                              **DEFENDANTS**

**ORDER**

Plaintiff Walter Phillip Jones filed this lawsuit pro se alleging that his due process rights have been violated by his continued assignment to administrative segregation. The Court previously ordered that Mr. Jones identify those individuals responsible for this alleged constitutional violation, and he has now identified those individuals as Warden William Straughn, Deputy Warden Danny Burl, Crystal Wood, Ms. McConnell, Vernon Robertson, Ms. Cook, and Leonard Banks. (Docket entry #14) Accordingly, service is proper for those Defendants.

The Clerk of Court is directed to prepare a summons for Defendants Straughn, Burl, Wood, McConnell, Robertson, Cook, and Banks; and the United States Marshal is directed to serve copies of the Complaint (#2), Amended Complaint (#5), and Mr. Jones's Response to this Court's order identifying these Defendants (#14) with any attachments, and a summons for these Defendants through the Compliance Division of the Arkansas Department of Correction, P.O. Box 20550, Pine Bluff, Arkansas 71612 , without prepayment of fees and costs or posting security.

Service is not appropriate for Defendants Cindy Courington or Minnie Drayer.

IT IS SO ORDERED this 29th day of November, 2011.

                                                                  UNITED STATES MAGISTRATE JUDGE