## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**WALTER PHILLIP JONES**
**ADC # 610198**                                                                                   **PLAINTIFF**

**V.**                                             **CASE NO. 5:11CV00211 SWW/BD**

**VERNON R. ROBERTSON,** *et al.*                                                **DEFENDANTS**


### <u>ORDER</u>

A Partial Recommended Disposition ("Recommendation") from Magistrate Judge

Beth Deere has been received, and no objections to the Recommendation have been filed.

The Recommendation should be, and hereby is, approved and adopted in all respects.

Mr. Jones's claims against Defendant Cindy Courington and Minnie Drayer are

DISMISSED, without prejudice.

IT IS SO ORDERED THIS 30TH DAY OF JANUARY, 2012.


<u>/s/Susan Webber Wright</u>

UNITED STATES DISTRICT JUDGE