IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

WALTER PHILLIP JONES
ADC # 610198                                                                                              PLAINTIFF

V.                                  CASE NO. 5:11CV00211 KGB/BD

VERNON R. ROBERTSON, *et al.*                                                          DEFENDANTS

## ORDER

Mr. Jones has filed a motion to compel, seeking an order requiring Defendant Robertson to more fully respond to discovery requests. (Docket entry #49) Mr. Robertson has responded to the motion by stating that the information Mr. Jones requested is irrelevant and outside the scope of this lawsuit.

After reviewing Mr. Robertson's responses, it is clear that the information Mr. Jones seeks is not sufficiently related to any issue in this case. For that reason, the motion (#49) is DENIED.

Mr. Jones also has moved for additional time to respond to the Defendants' motion for summary judgment. (#55) That motion (#55) is GRANTED. His response is now due on or before September 12, 2012.

IT IS SO ORDERED this 13th day of August, 2012.

_____
UNITED STATES MAGISTRATE JUDGE