**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**WALTER PHILLIP JONES**
**ADC # 610198**                                                                          **PLAINTIFF**

v.                                    No. 5:11-cv-00211 KGB/BD

**VERNON R. ROBERTSON,** *et al.*                                              **DEFENDANTS**

## ORDER

The Court has reviewed the Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere, as well as the objections to the Recommendation. After a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted in all respects.

The motion for summary judgment of defendants Vernon R. Robertson, William Straughn, Danny Burl, Crystal Wood, Meredith McConnell, Laura Cook, and Leonard Banks (Dkt. No. 50) is GRANTED, and Mr. Jones's claims against these defendants are DISMISSED, without prejudice.

SO ORDERED this 28th day of February, 2013.

_____
Kristine G. Baker
United States District Judge